_FILED

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

2015 APR 16  AM 10: 00

U.S. DIST. . CO . T
MIDDLE DISTRICT OF FLORIDA
FORT MYERS. FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 2:15-cr-   -FtM- |
| | : | |
| v. | : | 18 U.S.C. § 1425 |
| | : | 18 U.S.C. § 1015(e) |
| ROSA CHIQUINQUIRA CASTILLO-PARRA | : | |
| | : | |

2:15-cR-41-FtM-38 DNR

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about June 27, 2014, in Collier County, in the Middle District of Florida,

**ROSA CHIQUINQUIRA CASTILLO-PARRA,**

the defendant herein, did knowingly and willfully apply for and otherwise attempt to procure and obtain naturalization and citizenship for herself, when not entitled thereto, in that she made false and fraudulent statements on her Application for Naturalization (Form N-400) by stating that she was born in Cuba whereas the defendant well and truly knew that she had in fact lied, given false information, in that she was really born in Caracas, Venezuela.

In violation of Title 18, United States Code, Section 1425(b) and Title 8, United States Code, Section 1451(e).

## COUNT TWO

On or about March 4, 2013, in Collier County, in the Middle District of Florida,

**ROSA CHIQUINQUIRA CASTILLO-PARRA,**

the defendant herein, an alien, did knowingly make a false statement and claim that she was a citizen of the United States, with the intent to engage unlawfully in employment in

the United States. Specifically, the defendant falsely claimed that she was a citizen of the United States on an employment form for the State of Florida.

In violation of Title 18, United States Code, Section 1015(e).

A TRUE BILL,

_____
FOREPERSON

Date: ___4/15/15___

A. LEE BENTLEY, III
United States Attorney

By: _____
MICHAEL C. BAGGÉ-HERNÁNDEZ
Assistant United States Attorney
Trial Counsel

By: _____
JESUS M. CASAS
Assistant United States Attorney
Chief, Fort Myers Division

2

FORM OBD-34
APR 1991

No. 2:15-cr-          -FtM-

## UNITED STATES DISTRICT COURT

Middle District of Florida
Fort   Myers Division

### THE UNITED STATES OF AMERICA

vs.

## ROSA CHIQUINQUIRA CASTILLO-PARRA

### INDICTMENT

Violations:

18 U.S.C. § 1525
18 U.S.C. § 1015(e)

A true bill,

_Junie Waddell_
Foreperson

Filed in open court this 15th day

of April, 2015.

_____
Clerk

Bail   $_____

GPO 863 525